UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CEASAR ANTHONY SANTILLAN, Petitioner, v. MARTIN D. BITER, Warden, Respondent. | No. ED CV 16-00465-JGB (DFM) Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge and denies Petitioner's motion for a stay.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice for failure to exhaust state remedies.

Dated: October 21, 2016

_____
JESUS G. BERNAL
United States District Judge