JS-6

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CEASAR ANTHONY SANTILLAN, <br> Petitioner, <br> v. <br> MARTIN D. BITER, Warden, <br> Respondent. | No. ED CV 16-00465-JGB (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: October 21, 2016

_____
JESUS G. BERNAL
United States District Judge